# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

DAVID SPIKER,  )
            )
    Plaintiff,  )
            )
v.          )  CIVIL ACTION NO.: CV513-048
            )
            )
CAROLYN W. COLVIN, Acting  )
Commissioner of Social Security,  )
            )
    Defendant.  )

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Defendant filed Objections. In her Objections, Defendant asserts that the Administrative Law Judge ("ALJ") gave explicit reasons based on good cause to reject the opinions of Plaintiff's treating physicians. As a result, Defendant asserts that the Magistrate Judge's Report and Recommendation should be rejected.

While it is clear that the ALJ properly rejected the treating physicians' conclusion that Plaintiff is unable to work, it is not clear whether the ALJ's rejection of the treating physicians' medical opinions had a proper basis. Rather, the ALJ's rejections are so intertwined with each other that this Court cannot discern on what basis the ALJ rejected the medical opinions of Plaintiff's treating physicians.

Defendant's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **REMANDED** pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with this opinion.

**SO ORDERED**, this 18 day of August, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA