AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVID L. SPIKER

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV513-48

CAROLYN W. COLVIN, Acting
Commissioner of Social Security

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 27th day of October 2014; judgment is hereby entered in the amount of THREE THOUSAND, FOUR HUNDRED SEVENTY-ONE DOLLARS AND ZERO CENTS ($3,471.00). If the United States Department of the Treasury determines that Plaintiff, DAVID L. SPIKER owes a federal debt, that debt shall be satisfied prior to payment of any remaining fees to Plaintiff's counsel.

Approved by: _____

November 5, 2014
Date

Scott L. Poff
Clerk

s/Candy Asbell
*(By) Deputy Clerk*

GAS Rev 10/1/03